## ABRAHAM SOLOMON *v.* CONNECTICUT MEDICAL EXAMINING BOARD

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 854 (AC 24782), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Abraham Solomon,* pro se, in support of the petition.

*Patrick B. Kwanashie,* assistant attorney general, in opposition.

Decided February 16, 2005